1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11    DARRELL OZELL DILLIHUNT,               Case No.  16-cv-00037-JCS (PR)

              Petitioner,

12

           v.                                **ORDER OF TRANSFER**

13

14    FRED FIGUEROA,

              Respondent.

15

16

17         In this federal habeas action, petitioner challenges convictions he received in the

18    Tulare County Superior Court, which lies in the Eastern District.  Accordingly, this action

19    is TRANSFERRED to the Eastern District of California, as that is the district of

20    conviction.  28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk shall

21    transfer this action forthwith.

22         **IT IS SO ORDERED.**

23    **Dated:**  January 20, 2016

24                                         _____

                                           JOSEPH C. SPERO

25                                         Chief Magistrate Judge

26

27

28

United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    DARRELL OZELL DILLIHUNT,                      Case No.  16-cv-00037-JCS

8              Plaintiff,

9         v.                                        **CERTIFICATE OF SERVICE**

10   FRED FIGUEROA,

11             Defendant.

12        I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
District Court, Northern District of California.

13

14        That on January 20, 2016, I SERVED a true and correct copy(ies) of the attached, by
placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
15   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
receptacle located in the Clerk's office.

16

17   Darrell Ozell Dillihunt ID: ID: F-99605
Tallahatchie County Correctional Facility
18   415 Highway 49 North
Tutwiler, MS 38963

19

20

21   Dated: January 20, 2016

22

23                                                 Susan Y. Soong
Clerk, United States District Court

24

                                                   By:_____
25
                                                   Karen Hom, Deputy Clerk to the
26                                                 Honorable JOSEPH C. SPERO

27

28

2

United States District Court
Northern District of California